# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**MONIA SPADARO** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

Case No. __1:25-MJ-322_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**May 22, 2025**_____ in the city/county of _____**Fairfax County**_____

in the _____**Eastern**_____ District of _____**Virigina**_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 13, assimilating VA Code 46.2-817(B) | Endangering a person while driving a motor vehicle in a willful and wanton disregard of a visible or audible signal from a law-enforcement officer to bring her motor vehicle to a stop |
| 32 C.F.R. 1903.4(b)(1)(i) | Operating a motor vehicle while under the influence of alcohol |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

_AUSA April Russo / SAUSA Cameron Etchart_
*Printed name and title*

_____
*Complainant's signature*

Mary Miller, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

**Telephone** _____ *(specify reliable electronic means).*

Date: __5/22/25_____

Digitally signed by Ivan Davis
Date: 2025.05.23 11:38:42 -04'00'
_____
*Judge's signature*

City and state: __Alexandria, Virginia_____

Hon. Ivan D. Davis , United States Magistrate Judge
*Printed name and title*