**Criminal Case Cover Sheet**  FILED: | REDACTED |  **U.S. District Court**

**Place of Offense:**  ☐ **Under Seal**    **Judge Assigned:** |        |

City: |        |  Superseding Indictment: |        |  **Criminal No.** |        |

County: | Fairfax |  Same Defendant: |        |  New Defendant: |        |

Magistrate Judge Case No. | 1:25-MJ-322 |  **Arraignment Date:** |        |

Search Warrant Case No. |        |  R. 20/R. 40 From: |        |

**Defendant Information:**

**Defendant Name:** | Monia Spadaro |  Alias(es): |        |  ☐ Juvenile  FBI No. | ███ |

**Address:** | ███  Arlington, VA 22204 |

Employment: |        |

**Birth Date:** | ███ 1998 |  **SSN:** | ███ 2428 |  **Sex:** | Female |  Race: |        |  Nationality: | Italy |

**Place of Birth:** | Italy |  Height: | 5'6" |  Weight: | 125 |  Hair: | Blonde |  Eyes: | Green |  Scars/Tattoos: |        |

☐ **Interpreter**  **Language/Dialect:** |        |  Auto Description: |        |

**Location/Status:**

**Arrest Date:** | 5/22/2025 |  ☒ Already in Federal Custody as of: | 5/22/2025 |  in: | Inova Fairfax Hospital |

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond |        |

**Defense Counsel Information:**

**Name:** |        |  ☐ Court Appointed  Counsel Conflicts: |        |

Address: |        |  ☐ Retained |        |

Phone: |        |  ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** | Cameron Etchart |  **Phone:** | 703-299-3965 |  Bar No. |        |

**Complainant Agency - Address & Phone No. or Person & Title:**

| Mary Miller, FBI Taskforce Officer |

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 13, assimilating VA Code 46.2-817(B) | Endangering a person while fleeing and eluding. | 1 | Felony |
| Set 2: | 32 C.F.R. 1903.4(b)(1)(I) | Driving under the influence | 1 | Misdemeanor |
| Date: |        | AUSA Signature: | Cameron Etchart  Digitally signed by Cameron Etchart  Date: 2025.05.22 16:21:01 -04'00' | *may be continued on reverse* |