**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                              HEARING: __R5____CASE#: 25mj322_____

         -VS-                                                                    DATE: _5/27/25__   TIME START:  _2:11 p.m.____
                                                                                                            TIME END: ____2:21 p.m._____

_____Monia Spadaro_____                 RECORDER: FTR SYSTEM        REMOTE HEARING    (    )


COUNSEL FOR THE UNITED STATES:_____Cameron Etchart_____

COUNSEL FOR THE DEFENDANT:_____Alan Cilman_____

INTERPRETER:_____LANGUAGE:_____

( x ) DEFT APPEARED     ( x ) W/COUNSEL         (    ) DUTY FPD PRESENT:_____

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

( x ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

(    ) COURT TO APPOINT COUNSEL (    ) FPD    (    ) CJA    (    ) R40 PURPOSES ONLY (    ) DEFT WILL RETAIN COUNSEL

(    ) GVT. CALLS WITNESS & ADDUCES EVIDENCE        (        ) AFFIDAVIT

(    ) EXHIBIT #_____ADMITTED

(    ) PROBABLE CAUSE**:**        FOUND **(        )**    NOT FOUND (        )

(    ) PRELIMINARY HEARING WAIVED     (    ) FILED        (    ) ORALLY

(    ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(    ) DFT. ADMITS VIOLATION (        )DFT. DENIES VIOLATION    (        ) COURT FINDS DFT. IN VIOLATION

**MINUTES: USA seeks detention; Deft requests a Detention Hearing-Granted.**

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(    ) DEFENDANT CONTINUED ON CONDITIONS OF     (        ) BOND    (    )PROBATION     (        )SUP. RELEASE**

**NEXT COURT APPEARANCE:__5/28/25_____at    2:00 pm_____Before__Fitzpatrick_____**
( x ) DH ( x ) PH (    ) STATUS (    ) TRIAL (    ) JURY    (    ) PLEA (    ) SENT (        ) PBV    (    ) SRV    (    ) R40 (    ) PTV