


# COMPLAINANT/WITNESS STATEMENT
## SECURITY PROTECTIVE SERVICE
Washington, D.C. 20505
(703) 482-6161

FILED IN OPEN COURT
SEP 29 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CAD / REPORT # 25-09214

## SECTION 1: GENERAL INFORMATION

Name: Last, First, Middle: Finba, Rupert, C.
Phone #: [redacted]
Home Address: [redacted]
Vehicle Make: Aud.
Vehicle Model: A6
License Plate #, State, Expiration: [redacted]
DL #: [redacted]

## SECTION 2: NARRATIVE

When I arrived at visitor center around 3:45am on 22 May, CIA's police officers attempted to intercept a small car. It drove the wrong way (going North) on the driveway to the main gate at a high speed. An officer fired at least a few shots after yelling for her to stop. She sped past him, cut over to the right, and came face-to-face with my car. She then turned left and crashed into the guard post area. Police then ran to her car, took her out, put her on the ground while she was yelling. One officer retrieved a first aid kit and the officers appeared to administer first aid. The police then asked us to back up away from the scene.

I CERTIFY THAT THE INFORMATION CONTAINED IN THE ABOVE STATEMENT IS TRUE AND CORRECT.

SIGNATURE: Rupert Finba
DATE: 5/22/25

## SECTION 3: AUTHENTICATION

REPORTING POLICE OFFICER SIGNATURE: [signature]   DATE: 22MAY2025
WITNESSING POLICE OFFICER SIGNATURE: [signature]   DATE: 22MAY2025

2025-06-24



DEFENDANT'S EXHIBIT 1
1:25 CR 173

SPADARO-000131