# CRIMINAL JURY TRIAL PROCEEDINGS (DAY 2)

Date: **10/01//2025**        Case No:  **1:25-cr-00173-PTG**        Time:  9:35 a.m. – 10:53 a.m. (01:18)
                                                                                  11:17 a.m. – 11:51 a.m. (00:34)
Before the Honorable: **PATRICIA TOLLIVER GILES**        12:17 p.m. – 12:30 p.m. (00:13)
                                                                                   1:38 p.m. – 2:19 p.m. (00:41)
Court Reporter:  Scott Wallace                                       2:32 p.m. – 3:18 p.m. (00:46)
                                                                                   4:11 p.m. – 4:23 p.m. (00:12)
Courtroom Deputy: Paulina Miller                              (03:44)

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | **Cameron Etchart, Kathleen Robeson, Mary Miller-Case Agent, Sean Akey-Paralegal** |
| **vs.** | |
| **MONIA SPADARO** | **Alan J. Cilman** |

---

- Government Continued to Adduce Evidence and Rests.
- Defendant Adduced Evidence and Rests - Motions:   Defendant's Rule 29 Motion for Acquittal  – **DENIED**. Defendant's Renewed Rule 29 Motion for Acquittal  – **DENIED**.
- Evidence Concluded.
- Jury instructions finalized and given to counsel. No objections by Government or Defendant to Jury Instructions or Verdict Form.
- Closing Arguments, Jury Charged, Alternate Juror #2 Excused, and Jury Retired to Deliberate.
- Note received from Jury and discussed with all counsel/parties in open court.
- Juror #49 Excused.
- Jurors to return for deliberations tomorrow morning at 9:30 a.m. to include excused Alternate Juror #2. (Jurors report directly to 8th Floor Jury Room to deliberate).

Jurors excused at **4:23 p.m.** and Case Continued to: **THURSDAY, OCTOBER 2, 2025 at 9:30 a.m.**

Deft Continued on Bond [ **X** ]