# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES,                                )
                                              )
    *Plaintiff*,                          )
                                              )
v.                                            )    Civil Action No. 1:25-cr-173-PTG
                                              )
MONIA SPADARO,                                )
                                              )
    *Defendant*.                          )

## ORDER

This matter comes before the Court on Defendant's Motion for New Trial. Dkt. 107. On January 14, 2026, the Court conducted a hearing on the matter, during which the Court made findings of fact on the record. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion for New Trial (Dkt. 107) is **GRANTED**; and it is further

**ORDERED** that the sentencing hearing scheduled for January 22, 2026, at 9:00 a.m., is **TERMINATED**. A new trial in this matter has been scheduled for March 17, 2026. All prior rulings on the parties' pre-trial motions remain effective.

Entered this __14th__ day of January, 2026.
Alexandria, Virginia

                                                    /s/
                                      Patricia Tolliver Giles
                                      United States District Judge