# UNITED STATES DISTRICT COURT
**Plea Minutes**

Date: **06/08/2026**                                    Case #: **1:25cr173**
Time: 10:04 a.m. – 10:32 a.m.                    Interpreter/Lang: None
(00:28)

Honorable **PATRICIA TOLLIVER GILES**, United States District Judge, Presiding

|  |  |
|---|---|
| Paulina Miller | Scott Wallace |
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
                    v.                    Deft appeared: [ **X** ] in person              [    ] failed to appear
                                                              [ **X** ] with Counsel           [    ] without Counsel
**MONIA SPADARO**                          [    ] through Counsel

Todd Richman                                        Cameron Etchart, Kathleen Robeson
**Counsel for Defendant**                         **Counsel for Government**

**Matter called for:**
[    ] Pre-Indictment Plea              [ **X** ] Change of Plea              [    ] Plea Agreement

**Filed in open court:**
[    ] Information        [ **X** ] Plea Agreement    [ **X** ] Statement of Facts        [    ] Waiver of Indictment

**Plea:**
[ **X** ] Deft entered a Plea of Guilty as to Counts 1 & 3 of the   [ **X** ] Indictment    [    ] Information

[ **X** ] Plea accepted by the Court.

[ **X** ] The Court agrees with Deft's request to schedule Sentencing in sixty (60) days.

[ **X** ] Case continued to: **THURSDAY, AUGUST 13, 2026** at **9:00 A.M.** for:

    [    ] Jury Trial      [    ] Bench Trial      [    ] Pre-Guidelines Sentencing    [ **X** ] Guidelines Sentencing

[    ] Deft remanded        [    ] Deft Released on Bond        [ **X** ] Deft Continued on same bond conditions

- Jury Trial **CANCELLED** for TUESDAY, JUNE 16, 2026 at 10:00 a.m.